UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**FILED**

FEB 2 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

| | |
|---|---|
| **SHARON BANKS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Case No. 07-0207 (RJL) |
| ) | |
| **MICHAEL J. ASTURE,** Commissioner ) | |
| of the Social Security Administration, ) | |
| ) | |
| Defendant. | |

### FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this 27th day of February, 2008, it is hereby

**ORDERED** that Plaintiff's Motion for Judgment of Reversal and Judgment on the Pleadings (Dkt. #8) is DENIED; and it is hereby

**ORDERED** that Defendant's Motion for Judgment of Affirmance (Dkt. #11) is GRANTED.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge

